NO. 07-05-0017-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

MARCH 3, 2005
_____

MISTY BELITZ,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE COUNTY COURT OF DEAF SMITH COUNTY;

NO. 04-0396; HON. TOM SIMONS, PRESIDING
_____

***ON MOTION TO DISMISS***

_____

Before JOHNSON, C.J., and QUINN and REAVIS, JJ.

Appellant Misty Belitz, by and through her attorney, has filed a motion to dismiss this appeal because she no longer desires to prosecute it. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
Justice

Do not publish.